# U.S. District Court
## Southern District of Indiana (Indianapolis)
### CIVIL DOCKET FOR CASE #: 1:19–cv–04471–SEB–DLP

| | |
|---|---|
| WILLIAMS v. NATIONAL COLLEGIATE ATHLETIC ASSOCIATION<br>Assigned to: Judge Sarah Evans Barker<br>Referred to: Magistrate Judge Doris L. Pryor<br>Demand: $5,000,000<br>Cause: 28:1332 Diversity–Personal Injury | Date Filed: 11/06/2019<br>Date Terminated: 01/03/2020<br>Jury Demand: Plaintiff<br>Nature of Suit: 360 P.I.: Other<br>Jurisdiction: Diversity |

Discovery Deadline:  
Dispositive Motion Deadline:  

Settlement Conference:  
Final Pretrial Conference:  
Trial Date:  

**Plaintiff**

**BRIAN WILLIAMS**
*individually and on behalf of all others similarly situated*

represented by **Jeffrey L. Raizner**
RAIZNER SLANIA LLP
2402 Dunlavy Street
Houston, TX 77006
713–554–9099
Fax: 713–554–9098
Email: jraizner@raiznerlaw.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**NATIONAL COLLEGIATE ATHLETIC ASSOCIATION**

represented by **NATIONAL COLLEGIATE ATHLETIC ASSOCIATION**
.
PRO SE

| Date Filed | # | Docket Text |
|---|---|---|
| 11/06/2019 | 1 | COMPLAINT against NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, filed by BRIAN WILLIAMS. (Filing fee $400, receipt number 0756–5712889) (Attachments: # 1 Civil Cover Sheet, # 2 Proposed Summons)(Raizner, Jeffrey) (Entered: 11/06/2019) |
| 11/06/2019 | 2 | NOTICE of Appearance by Jeffrey L. Raizner on behalf of Plaintiff BRIAN WILLIAMS. (Raizner, Jeffrey) (Entered: 11/06/2019) |
| 11/07/2019 | 3 | Summons Issued as to NATIONAL COLLEGIATE ATHLETIC ASSOCIATION. (AKH) (Entered: 11/07/2019) |
| 11/07/2019 | 4 | MAGISTRATE JUDGE's NOTICE of Availability to Exercise Jurisdiction issued. (AKH) (Entered: 11/07/2019) |
| 01/03/2020 | 5 | CLOSED TRANSFER to the United States District Court for the Northern District of Illinois IN RE: MDL 2492 IN RE: National Collegiate Athletic Association Student–Athlete Concussion Injury |

| | | |
|---|---|---|
| | | Litigation Certified Transfer Order # 25. (MAC) (Entered: 01/03/2020) |
| 01/03/2020 | 6 | Transfer Letter to Clerk of the Northern District of Illinois. Case transferred electronically to Northern District of Illinois, IN RE: MDL 2492 on January 3, 2020. (MAC) (Entered: 01/03/2020) |

**Case #: 1:19–cv–04471–SEB–DLP**