

**UNITED STATES DISTRICT COURT**
**Northern District of Illinois**
**219 South Dearborn Street**
**Chicago, Illinois 60604**

Thomas G. Bruton                                                                     312-435-5670
Clerk

1/9/20

Re: Williams v. National Collegiate Athletic Association
USDC Number:  1:19-cv-04471

MDL Number:  2492

Dear Counselor:

We hereby acknowledge receipt of the record, which was transferred to our court from the
USDC Indiana Southern.  The case number assigned to the above case is 1:20-cv-00038. Judge
John Z. Lee is assigned to the case.

For further information, you may visit our website address at: www.ilnd.uscourts.gov for the
United States District Court, Northern District of Illinois, Eastern Division.

Sincerely,
Thomas G. Bruton, Clerk

By:  /s/ Kerwin Posley
      Deputy Clerk